## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Juan Humberto Castillo-Alvarez,

    Plaintiff,

Case No. 20-cv-2092 PJS/ECW

v.

**ORDER**

Guy Bosh,

    Respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 1, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED** that

1. This matter is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

2. The application to proceed *in forma pauperis* of petitioner Juan Humberto Castillo-Alvarez [Dkt. No. 2] is DENIED.

3. No certificate of appealability be issued.

LET JUDGEMENT BE ENTERED ACCORDINGLY.

DATED: December 22, 2020

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States Magistrate Judge